IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON**                      **PLAINTIFF**

v.          **CASE NO. 3:14CV00272 BSM**

**SUSAN COX et al.**                      **DEFENDANTS**

### ORDER

The partial recommended disposition submitted by Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

Mr. Addison's claims against the Arkansas Department of Correction are dismissed without prejudice.

IT IS SO ORDERED this 29th day of December 2014

                                            /s/ Brian S. Miller
                                            UNITED STATES DISTRICT JUDGE