**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**NICHOLAS CORTEZ ADDISON**                                                    **PLAINTIFF**

**v.**                                **CASE NO. 3:14CV00272 BSM**

**SUSAN COX**
**AND JERRY MARTIN**                                                       **DEFENDANTS**

**ORDER**

Nicholas Cortez Addison, a former inmate at the Poinsett County Detention Center, filed this lawsuit *pro se* under 42 U.S.C. § 1983. *See* Doc. No. 2. Although Addison was allowed to proceed *in forma pauperis*, his recent mail has been returned as "undeliverable." *See* Doc. No. 17. As a *pro se* plaintiff, Addison must promptly notify the clerk of the court, and all other parties, of any change in his address. *See* Local Rule 5.5(c)(2)

On January 16, 2015, Addison was ordered to provide an updated address within thirty days, and was warned that his claims would be dismissed if he failed to comply. *See* Doc. No. 18. Addison failed to comply. Accordingly, Addison's complaint [Doc. No. 2] is dismissed without prejudice for failure to comply. The clerk is directed to close this case.

IT IS SO ORDERED this 9th day of April 2015.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE