IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON**                                                    **PLAINTIFF**

**v.**                              **CASE NO. 3:14CV00272 BSM**

**SUSAN COX**
**AND JERRY MARTIN**                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 9th day of April 2015.

_____
UNITED STATES DISTRICT JUDGE